1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  YING XIA,                          )
                                       )
13            Plaintiff,               )  No. C 06-6228 CW
                                       )
14        v.                           )
                                       )  **STIPULATION TO DISMISS AND**
15  MICHAEL CHERTOFF, Secretary of the )  ~~[PROPOSED]~~ **ORDER**
    Department of Homeland Security, *et al.*, )
16                                     )
              Defendants.              )
17  _____)

18      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20  action without prejudice in light of the fact that the United States Citizenship and Immigration

21  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

22  adjudicate such application within 30 days of the dismissal of this action.

23      Each of the parties shall bear their own costs and fees.

24  ///

25  ///

26

27

28

Stipulation to Dismiss
C 06-6228 CW

1   Date: November 9, 2006                    Respectfully submitted,

2                                             KEVIN V. RYAN
                                              United States Attorney
3

4
                                              _____/s/_____
5                                             EDWARD A. OLSEN
                                              Assistant United States Attorney
6                                             Attorneys for Defendants

7

8                                             _____/s/_____
    Date: November 9, 2006                    JUSTIN X. WANG
9                                             Attorney for Plaintiff

10

11                          **ORDER**

12          Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date:    11/13/06
                                              _____
15                                            CLAUDIA WILKEN
                                              United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 06-6228 CW